IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02329-WYD-MJW

REGARDING THE MATTER OF
ASMA GULL HASAN,

Plaintiff,

v.

CLIFFORD CHANCE US LLP,

Defendant.

## ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that based upon the Withdrawal of Motion filed by the Colorado State Public Defender on December 21, 2005 (Docket No. 6), the Colorado State Public Defender's Motion to Quash Subpoena Issued in Case Number C-05-1850 (pending in the N.D. Cal. Dist. Ct.) (filed on November 16, 2005) (Docket No. 1) is deemed withdrawn, and, therefore, the hearing that was set on that motion on December 20, 2005, at 1:30 p.m. is vacated, and this case is dismissed .

    It is FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Minute Order by manual mail on the following:

Troy A. Valdez, Esq.
Wilson, Sonsini, Goodrich and Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304

Glenn Merrick, Esq.
Senn, Visciano, Kirschenbaum and Merrick, P.C.
1801 California Street, Suite 4300
Denver, CO 80202

BY THE COURT:

December 21, 2005         s/Michael J. Watanabe
Denver, Colorado          MICHAEL J. WATANABE
                                 United States Magistrate Judge